*Deborah A. Mooney*
*113 Lake Avenue, Apartment 2*
*Farmington, ME 04938*
*207-778-0188*

*April 20, 2005*

Zita Lovett, Deputy Clerk
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, Massachusetts 02210

        RE:    John Daniel Mooney (plaintiff)
                   v.
              Deborah A. Mooney (defendant)
              *Civil Action Case Number: 05 10502 JLT*

Dear Deputy Clerk Lovett,

Yesterday I spoke briefly with Kim Abaid and she kindly directed me to seek your attention in the above-mentioned civil case with regard to scheduling issues.

I am a student majoring in environmental science and geology at the University of Maine at Farmington in Farmington, Maine. The current spring semester officially ends on Friday, May 13, but my studies continue through June 3. I am registered for a geology course which is not part of the regular spring semester schedule, as it is a lengthy field trip; it is scheduled from May 16 - June 3. This particular course is a geological field study of the Colorado Plateau and it is only offered once every four to five years.

My concern is that a scheduling conflict may occur between the civil case mentioned above and my current course schedule which ends Friday, June 3. As you are probably

aware, it is very difficult to make up for missed lectures and labs, and with some professors the option doesn't exist. Missing the field study on the Colorado Plateau is a miss that I can't made-up.

I kindly ask you to please consider my concern when you begin scheduling matters in the civil action. Regarding my schedule, should you require documentation and/or a letter from the university, please let me know.

I appreciate your attention and consideration. Thank you.

Sincerely,

Deborah A. Mooney