⊕AO 440 (Rev. 8/01) Summons in a Civil Action

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

District of _____ MAY 12 ᴘ 2: 5b _____ Massachusetts

JOHN DANIEL MOONEY

U.S. DISTRICT COURT
DISTRICT OF MASS

## SUMMONS IN A CIVIL ACTION

V.

DEBORAH A. MOONEY

CASE NUMBER:  05 10502 JLT

TO: (Name and address of Defendant)

Deborah A. Mooney
113 Lake Avenue, Apt. 2
Farmington, Maine 04938

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian J. Hughes, Esq.
Jackson & Coppola, P.C.
Assinippi Commons, Ste. 203
101 Longwater Circle
Norwell, Massachusetts 02061

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 1 ᴜ 2005

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-2-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Clyde Barker | Chief Civil Deputy Sheriff |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL postage 1800 / .37 | SERVICES 16.00 | TOTAL $0.00 34.37 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4-2-05___

Date

_Signature of Server_

Deputy Sheriff
Clyde Barker
P.O. Box 165
_Address of Server_
Strong, Maine 04983

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.