# TODD & WELD LLP

ATTORNEYS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109

MAUREEN McBRIEN
Email: mmcbrien@toddweld.com

TELEPHONE: (617) 720-2626
FACSIMILE: (617) 227-5777
www.toddweld.com

September 27, 2005

Clerk to the Honorable Joseph Tauro
United State District Court
For The District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    RE:   *John Daniel Mooney v. Deborah A. Mooney*
           *Civil Action No. 05-10502-JLT*

Dear Sir/Madam:

    In accordance with the Discovery Order in the above referenced matter, this correspondence serves as notice that the Defendant has a Motion pending for the Court to Decline Jurisdiction which shall be heard at the Scheduling Conference on October 4, 2005.

    Thank you for your attention to this matter.

Sincerely,

Maureen McBrien

MM/jpn
cc:   Ms. Deborah A. Mooney
       Elaine M. Epstein, Esq.
       Brian J. Hughes, Esq.