UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **JOHN DANIEL MOONEY,** | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 05-10502-JLT |
| **DEBORAH A. MOONEY,** | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that JOHN DANIEL MOONEY, plaintiff in the above-entitled action, hereby appeals to the United States Court of Appeals for the First Circuit from the Order of the Court (Tauro, J.) allowing the <u>Defendant's Motion for the Court to Decline Jurisdiction</u>, entered in this action on the <u>18th day of October, 2005</u>.

                        Respectfully submitted,
                        JOHN DANIEL MOONEY, by his attorneys,
                        Jackson & Coppola, P.C.

                        /s/ Brian J. Hughes
                        _____
                        Brian J. Hughes, B.B.O.# 654204
                        Donald H. Jackson, Jr., B.B.O.# 248620
                        Jackson & Coppola, P.C.
                        Assinippi Commons, Suite 203
                        101 Longwater Circle
                        Norwell, Massachusetts 02061
                        (781) 792-3984

Dated: November 7, 2005