# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: JOHN DANIEL MOONEY V. DEBROAH A. MOONEY

District Court Case No. 05-10502-JLT   District of Massachusetts

Date Notice of Appeal filed: 11-07-2005   Court of Appeals Case No. _____

Form filed on behalf of: JOHN DANIEL MOONEY, Plaintiff/Appellant

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter: Carol Scott

Phone Number of Reporter: (617) 330-1377

**A.** _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☒ Pretrial proceedings (specify) | Motion to Dismiss/Decline Jurisdiction |
| ☐ Testimony (specify) | Hearing held on 10-04-2005 |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

**B.** _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Brian J. Hughes   Filer's Signature: _____

Firm/Address: Jackson & Coppola, P.C., 101 Longwater Cir., #203, Norwell, MA 02061

Telephone number: (781) 792-3984   Date mailed to court reporter: 11-10-2005

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)                                   SEE INSTRUCTIONS ON REVERSE