UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10502

John Daniel Mooney

v.

Deborah S. Mooney

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/7/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 10, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/11/06.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10502-JLT

Mooney v. Mooney  
Assigned to: Judge Joseph L. Tauro  
Related Case: 1:05-cv-11301-JLT  
Cause: 28:1332 Diversity-Other Contract

Date Filed: 03/16/2005  
Jury Demand: Both  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**John Daniel Mooney**  represented by  **Brian J Hughes**
Jackson & Coppola PC
Assinippi Commons, Suite 203
101 Longwater Circle
Norwell, MA 02061
781-792-3984
Email: bjh@jacksoncoppola.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald H. Jackson, Jr.**
195 Rockland Street
Hanover, MA 02339
617-826-1485
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Deborah A. Mooney**  represented by  **Deborah A. Mooney**
113 Lake Avenue
Apartment 2
Farmington, ME 04938
207-778-0188
PRO SE

**Edward Foye**

Todd & Weld LLP
28 State Street
Boston, MA 02109
617-720-2626
Fax: 617-227-5777
Email: efoye@toddweld.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2005 | 1 | VERIFIED COMPLAINT against Deborah A. Mooney Filing fee: $ 250, receipt number 62825, filed by John Daniel Mooney. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Civil Cover Sheet)(Abaid, Kim) (Entered: 03/17/2005) |
| 03/16/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to the New Magistrate Judge. (Abaid, Kim) (Entered: 03/17/2005) |
| 03/16/2005 |  | Summons Issued as to Deborah A. Mooney. (Abaid, Kim) (Entered: 03/17/2005) |
| 04/25/2005 | 2 | ANSWER to Complaint with Jury Demand by Deborah A. Mooney.(Abaid, Kim) (Entered: 04/26/2005) |
| 05/02/2005 | 3 | Letter re: Scheduling Conference from Deborah A. Mooney. (Abaid, Kim) (Entered: 05/05/2005) |
| 05/12/2005 | 4 | SUMMONS Returned Executed Deborah A. Mooney served on 4/2/2005, answer due 4/22/2005. (Abaid, Kim) (Entered: 05/16/2005) |
| 05/31/2005 | 5 | REPORT of Rule 26(f) Planning Meeting. (Hughes, Brian) (Entered: 05/31/2005) |
| 08/29/2005 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 10/4/2005 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 08/29/2005) |
| 08/29/2005 | 7 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kim) (Entered: 08/29/2005) |
| 09/07/2005 |  | Mail Returned as Undeliverable. Mail sent to Donald H. Jackson, Jr. (Abaid, Kim) (Entered: 09/08/2005) |

| | | |
|---|---|---|
| 09/22/2005 | 8 | MOTION for the Court to Decline Jurisdiction by Deborah A. Mooney.(Foye, Edward) Modified on 10/18/2005 (Abaid, Kim). (Entered: 09/22/2005) |
| 09/22/2005 | 9 | MEMORANDUM in Support re 8 MOTION to Dismiss for Lack of Jurisdiction filed by Deborah A. Mooney. (Attachments: # 1 Exhibit 1-4 to Memo of Law in Support of Defendant's Motion for the Court to Decline Jurisdiction) (Foye, Edward) (Entered: 09/22/2005) |
| 09/28/2005 | 10 | Letter re: Pending Motions from Maureen McBrien. (Abaid, Kim) (Entered: 09/28/2005) |
| 09/30/2005 | 11 | JOINT STATEMENT re scheduling conference. (Foye, Edward) (Entered: 09/30/2005) |
| 09/30/2005 | 12 | Opposition re 8 MOTION to Dismiss for Lack of Jurisdiction filed by John Daniel Mooney. (Hughes, Brian) (Entered: 09/30/2005) |
| 10/18/2005 |  | Notice of correction to docket made by Court staff. Correction: Docket Entry 8 corrected because: Corrected title on the docket sheet to reflect the title of the actual document. (Abaid, Kim) (Entered: 10/18/2005) |
| 10/18/2005 | 13 | Judge Joseph L. Tauro : ORDER entered granting 8 Motion to Dismiss for Lack of Jurisdiction (Abaid, Kim) (Entered: 10/18/2005) |
| 11/07/2005 | 14 | NOTICE OF APPEAL as to 13 Order on Motion to Dismiss/Lack of Jurisdiction by John Daniel Mooney. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/28/2005. (Hughes, Brian) (Entered: 11/07/2005) |
| 11/10/2005 | 15 | TRANSCRIPT ORDER FORM by John Daniel Mooney for proceedings held on 10/04/2005 before Judge Tauro, re 14 Notice of Appeal, (Hughes, Brian) (Entered: 11/10/2005) |
| 11/14/2005 |  | Filing fee: $ 255.00, receipt number 68181 regarding 14 Notice of Appeal (Abaid, Kim) (Entered: 11/14/2005) |