# United States Court of Appeals
## For the First Circuit

*CA 05-1050*
*J. Tauro*
*Papers to follow*

No. 06-1118

JOHN DANIEL MOONEY,

Plaintiff, Appellant,

v.

DEBORAH A. MOONEY,

Defendant, Appellee.

---

**JUDGMENT**

Entered: December 22, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: FEB 12 2007

By the Court:
Richard Cushing Donovan, Clerk

_____
By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Hughes, Mr. Foye, Ms. McBrien, & Ms. Epstein.]